

IN THE UNITED STATES BANKRUPTCY COURT
Central District of California

In RE:  In Proceedings:
10-25125

Debtor(s)
James Edward Huante and Yvonne Huante

WITHDRAWAL OF CLAIM

Please withdraw our claim # 0009 filed on 07-19-2010 in the amount of $3793.58.   This claim was filed in error.

Creditor's Signature     /s/  Joyce Montjoy

Creditors Name & Address:

LVNV Funding, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Date:  March 11, 2011